Exhibit A

TIMOTHY C. DUTTA, M.D.
72ND STREET MEDICAL ASSOCIATES, P.C.
310 EAST 72ND STREET
NEW YORK, NEW YORK 10021
TEL: (212) 249-3725
FAX: (212) 249-4874

May 16, 2017

MORRIS ZUKERMAN

To whom it may concern,

[redacted]

Sincerely,

Timothy Dutta, MD

TIMOTHY C. DUTTA, M.D.
310 East 72nd Street
New York, NY 10021