Exhibit B

**Timothy Dutta, M.D.**
310 East 72 Street
NEW YORK, NY  10021-4726

March 28, 2020

MORRIS ZUKERMAN

To whom it may concern,

MORRIS ZUKERMAN has under my care for internal medicine and cardiology.   If he contracts COVID-19, He is at high risk of needing ventilatory support and high risk of death.

He has significant health problems including hypertension, diabetes, age greater than 65 (he is 75 years old), obesity, and sleep apnea.  Mr. Zukerman is also dependent on using CPAP for treatment of his sleep apnea.

Based on the CDC guidelines for COVID-19, Mr. Zukerman is in the highest risk category for complications and death from the disease.

Mr. Zukerman's safety is in danger from a medical standpoint and he can lower his risk by being released to home confinement..

Please contact me with any questions.


Sincerely,

Timothy Dutta, MD