UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MORRIS E. ZUKERMAN,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2020

16 Cr. 194 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 30, 2020, Defendant submitted a motion for reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 112. It is ORDERED that by **April 1, 2020**, the Government shall file a letter in response.

    SO ORDERED.

Dated: March 30, 2020
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge