USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/5/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MORRIS E. ZUKERMAN,

              Defendant.

16 Cr. 194 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On the application of the BOP, ECF No. 118, seeking clarification of the Court's order dated April 3, 2020 (the "April 3 Order"), ECF No. 116, it is ORDERED that the sentence imposed on Zukerman on March 21, 2017 (the "original sentence"), ECF No. 58, as modified by the April 3 Order, is further amended as follows:

Zukerman's sentence of imprisonment is modified to time served. However, the remaining portion of the original term of imprisonment (as calculated by the BOP), shall be served as supervised release with the special condition that Zukerman shall be subject to home incarceration—the most restrictive form of home confinement—without the requirement of electronic monitoring, followed by the one-year term of supervised release imposed in the original sentence. Upon his release, Zukerman shall self-quarantine at home for a 14-day period. The BOP is directed to release Zukerman <u>immediately</u>.

The Clerk of Court is directed to terminate the motions at ECF Nos. 117 and 118.

SO ORDERED.

Dated: April 5, 2020
       New York, New York

                                                ANALISA TORRES
                                               United States District Judge